## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ROBERT F. ANDRES, JR.,  )
        Plaintiff,  )
           )      C.A. No. 11-33 Erie
           )
     v.          )
           )
JOY MINING MACHINERY, et al,  )
        Defendants.  )

### MEMORANDUM ORDER

This civil action was received by the Clerk of Court on February 9, 2011, and was referred to

United States Magistrate Judge Susan Paradise Baxter    for report and recommendation in

accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the

Local Rules for Magistrates. The magistrate judge's report and recommendation, filed on

October 14, 2014, recommended that the motion for contempt filed by Plaintiff [ECF No. 93] be

denied in part and dismissed in part. Service was made on all parties by electronic notice (NEF).

No objections were filed.    After de novo review of the petition and documents in the case,

together with the report and recommendation, the following order is entered:


      AND NOW, this    **3** $^{Rd}$    Day of November, 2014;

      IT IS HEREBY ORDERED that the motion for contempt filed by Plaintiff [ECF

No. 93] is DENIED in part and DISMISSED in part.

The report and recommendation of Magistrate Judge Baxter, dated October 14,

2014, is adopted as the opinion of the court.

_11/3/2014_

ARTHUR J. SCHWAB
United States District Judge

cc:     Susan Paradise Baxter
        U.S. Magistrate Judge

        all parties of record _____